**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ X

**Nabi Rasul**  No. 12-cv-4477
 (LDW)(AKT)

                        **Plaintiffs**

**-against-**

                        **Defendants**

Worldwide Asset Purchasing II,
LLC, Cohen & Slamowitz, LLP

_____X

The Plaintiff and Defendants propose the following Case Management and Scheduling Order:

    1.   <u>DEADLINES AND COURT APPEARANCES:</u>

| | |
|---|---|
| Deadline for completion of initial disclosures | December 7, 2012 |
| First Request for production of documents and first request for interrogatories due by | January 11, 2013 |
| Response to first request for production of document and first request for interrogatories due by: | February 25, 2013 |
| Deadline for for Joinder of Additional Parties and Amendment of Pleadings: | March 8, 2013 |
| Status conference | April 26, 2013 at 2:00pm |
| All discovery, including production of all expert reports, if any, to be completed by | August 2, 2013 |
| Dispositive motion process started | August 16, 2013 |
| Joint Pretrial order due by | August 30, 2013 |

Pretrial conference            September ___, 2013
                          at _____ pm

**Additional Agreements:**

A. *So as to avoid the unnecessary time of retyping discovery requests, the parties agree to provide each other, via electronic means (i.e. email), discovery requests in word processor format (Word, Word Perfect, etc).*


/s/ Brian L. Bromberg          November 27, 2012
**Brian L. Bromberg**           Date
Michael N. Litrownik
Bromberg Law Office, P.C.
*Attorneys for Plaintiff*
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906

/s/ Wendy B. Shepps          November 27, 2012
**Wendy B. Shepps**           Date
Podvey, Meanor, Catenacci, Hildner,
Cocoziello & Chattman, P.C.
*Attorneys for Defendant Cohen & Slamowitz, LLP*
570 Lexington Avenue, Suite 1600
New York, New York 10022
Telephone: (212) 432-7419


  Defendant Worldwide Asset Purchasing II, LLC has neither appeared nor responded to correspondence from Plaintiff's counsel requesting that it appear.