UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NABI RASUL,<br><br>                         Plaintiff,<br><br>-against-<br><br>WORLDWIDE ASSET PURCHASING II, LLC and LAW OFFICE OF COHEN & SLAMOWITZ, LLP,<br><br>                        Defendants. | No. 12-cv-4477-LDW-AKT |

NOTICE OF MOTION
TO ADMIT COUNSEL GREGORY GORSKI *PRO HAC VICE*

TO:   Wendy B. Shepps, Esq.
        Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C.
        570 Lexington Avenue, Suite 1600
        New York, NY 10022

PLEASE TAKE NOTICE that, based upon the attached affidavit of the applicant in support of this motion and the Certificates of Good Standing also attached hereto, Plaintiff will move this Court before the Honorable Leonard D. Wexler, U.S.D.J., under Rule 1.3 of the Local Rules of the United States District Court for the Eastern District of New York, for an Order allowing the *Pro Hac Vice* Admission of Gregory Gorski, 100 South Broad Street, 19th Floor, Philadelphia, PA 19110, a member in good standing of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania, and licensed to practice in the United States

District Courts for the Eastern District of Pennsylvania and the District of New Jersey, to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Gregory Gorski in any State or Federal Court.

Dated: New York, New York
March 21, 2013

Respectfully Submitted,

Bromberg Law Office, P.C.

By: _____
Michael N. Litrownik

Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906

## Certificate of Service

I, Michael N. Litrownik, an attorney, hereby certify that on March 21, 2013, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Brian L. Bromberg   brian@brianbromberg.com, mike@bromberglawoffice.com
Wendy B. Shepps    wshepps@podvey.com

Dated: March 21, 2013
    New York, New York

_____
Michael N. Litrownik

Brian L. Bromberg
Michael N. Litrownik
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NABI RASUL,<br><br>                    Plaintiff,<br>          v.<br><br>WORLDWIDE ASSET PURCHASING II, LLC and LAW OFFICE OF COHEN & SLAMOWITZ, LLP,<br><br>                    Defendant. | No.: 12-cv-4477-LDW-AKT |

Declaration of Gregory Gorski in Support of Motion
To Admit Attorney Gregory Gorski *Pro Hac Vice*

Gregory Joseph Gorski declares under penalties of perjury that the following is true and correct:

1. I am an attorney with the law firm of Francis & Mailman, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the State Bar of New Jersey and the Bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that he is permitted to appear as counsel and advocate pro hac vice in this case for Nabi Rasul.

Dated: March 19, 2013
          Philadelphia, Pennsylvania                    _____
                                                                            Gregory Joseph Gorski

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **GREGORY J GORSKI** (No. **021762003**) was constituted and appointed an Attorney at Law of New Jersey on **November 25, 2003** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **25TH** day of **February**, 20**13**.

_____
Clerk of the Supreme Court

-453a-



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Gregory Joseph Gorski, Esq.*

**DATE OF ADMISSION**

*November 3, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 18, 2013

John W. Person Jr., Esq.
Deputy Prothonotary