**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NABI RASUL,** ) | |
| ) | |
| ) | **Civil Action No. 12-4477** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **WORLDWIDE ASSET PURCHASING** ) | |
| **II, LLC and LAW OFFICE OF** ) | |
| **COHEN & SLAMOWITZ, LLP,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Gregory J. Gorski on behalf of Plaintiff in the above-captioned matter.

**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:   */s/ Gregory J. Gorski*
GREGORY J. GORSKI
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

Dated: April 15, 2013