UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NABI RASUL,<br><br>     Plaintiff,<br><br>v.<br><br>WORLDWIDE ASSET PURCHASING II, LLC and COHEN & SLAMOWITZ, L.L.P,<br><br>     Defendants. | Civil Action No. **12-CV-4477**<br><br>**STIPULATION OF DISCONTINUANCE <u>WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

It is further stipulated and agreed that the Court retains jurisdiction over the settlement of this matter.

Dated: New York, New York
December 10, 2013

By: /s/ Gregory Gorski
Gregory Gorski
**Francis & Mailman**
*Attorneys for Plaintiff*
Land Title Building, 19th floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

By: /s/ Wendy B. Shepps
Wendy B. Shepps
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO &
CHATTMAN, P.C.
*Attorneys for Defendant*
570 Lexington Avenue
New York, New York 10022
(973) 623-1000

**SO ORDERED:**

_____
USDJ